Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel.  (702) 784-5200
Fax. (702) 784-5252
Email: kdove@swlaw.com
        gkahn@swlaw.com

Virginia A. Gibson, Esq.
*(Pro hac vice forthcoming)*
Alexander B. Bowerman, Esq.
*(Pro hac vice forthcoming)*
Kendyl E. Gilmore, Esq.
*(Pro hac vice forthcoming)*
HOGAN LOVELLS US LLP
1735 Market Street, Suite 2300
Philadelphia, PA 19103
Tel. (267) 675-4600
Fax. (267) 675-4601
Email: virginia.gibson@hoganlovells.com
        alexander.bowerman@hoganlovells.com
        kendyl.gilmore@hoganlovells.com

*Attorneys for Defendant Plain Green, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOVEREIGN BUSINESS SOLUTIONS LLC and L. STEVEN HAYNES, <br><br> Plaintiffs, <br><br> v. <br><br> PLAIN GREEN, LLC, <br><br> Defendant. | Case No.:   2:21-cv-00404-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiffs Sovereign Business Solutions, LLC and L. Steven Haynes ("Plaintiffs") and Defendant Plain Green, LLC ("Plain Green") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Plain Green's deadline to respond to Plaintiffs' complaint **from March 17, 2021, to April 1, 2021**.

WHEREAS:

1.      Plaintiffs filed suit against Plain Green in the Eighth Judicial District Court of Clark County, Nevada on July 2, 2020.  ECF No. 1-1

2.      On March 10, 2021, Plain Green filed a Notice of Removed Action in the Eighth Judicial District Court and a Petition for Removal in this Court.  ECF No. 1.

3.      Federal Rule of Civil Procedure 81(c)(2)(C) requires that a defendant that has not answered or otherwise opposed a complaint must answer or present other defenses within 7 days after the notice of removal is filed.

4.      Plain Green's answer or motion is therefore currently due on March 17, 2021.

5.      The Parties previously stipulated to an extension in state court.

6.      Plain Green needs additional time to adequately investigate and prepare its response to Plaintiffs' complaint.

7.      This extension request is sought in good faith and is not made for the purpose of delay.

8.      This is the first request before this Court for a stipulation to extend Plain Green's deadline to respond to Plaintiffs' complaint.

9.      Nothing herein shall be construed as a waiver or limit on Plaintiffs' ability to seek remand.

THEREFORE, the Parties respectfully request an extension for Plain Green to file its answer or motion from March 17, 2021, to, and including, April 1, 2021.

Dated:  March 16, 2021

ARMSTRONG TEASDALE LLP

By: */s/ Brandon P. Johansson*
    Brandon P. Johansson, Esq.
    Nevada Bar No. 12003
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169

*Attorneys for Plaintiffs Sovereign Business Solutions, LLC and L. Steven Haynes*

Dated:  March 16, 2021

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Gil Kahn, Esq.
    Nevada Bar No. 14220
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

*Attorneys for Defendant Plain Green, LLC*

4840-7154-3009

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## ORDER

**IT IS ORDERED** that, pursuant to a stipulation between the Parties and good cause appearing, the deadline for Defendant Plain Green to answer or otherwise oppose the complaint [ECF No. 1-1] is extended from March 17, 2021, to, and including, April 1, 2021.

**IT IS SO ORDERED.**

DATED: this 16th day of March, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

- 3 -

4840-7154-3009