Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
Email: kdove@swlaw.com
gkahn@swlaw.com

Virginia A. Gibson, Esq.
*(Pro hac vice)*
Alexander B. Bowerman, Esq.
*(Pro hac vice)*
Kendyl E. Gilmore, Esq.
*(Pro hac vice)*
HOGAN LOVELLS US LLP
1735 Market Street, Suite 2300
Philadelphia, PA 19103
Tel. (267) 675-4600
Fax. (267) 675-4601
Email: virginia.gibson@hoganlovells.com
alexander.bowerman@hoganlovells.com
kendyl.gilmore@hoganlovells.com

*Attorneys for Defendant Plain Green, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOVEREIGN BUSINESS SOLUTIONS LLC and L. STEVEN HAYNES,<br><br>Plaintiffs,<br>v.<br><br>PLAIN GREEN, LLC,<br><br>Defendant. | Case No.: 2:21-cv-00404-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiffs Sovereign Business Solutions, LLC and L. Steven Haynes ("Plaintiffs") and Defendant Plain Green, LLC ("Plain Green") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Plain Green's

4813-7030-9352.1

deadline to file its reply in support of Motion to Dismiss [ECF No. 15] (the "Motion") from May 6, 2021, to May 13, 2021 for the following reasons:

1. Plain Green filed the Motion on April 1, 2021 [ECF No. 15].

2. Plaintiffs filed an Opposition to the Motion on April 29, 2021 [ECF No. 29].

3. Plain Green's reply in support of the Motion is currently due on May 6, 2021.

4. Plain Green needs additional time to adequately prepare its reply in support of the Motion.

5. This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, the Parties respectfully request an extension for Plain Green to file its reply in support of its Motion to Dismiss from May 6, 2021, to and including May 13, 2021.

Dated: May 3, 2021

ARMSTRONG TEASDALE LLP

By: /s/ Brandon P. Johannson
    Brandon P. Johansson, Esq.
    Nevada Bar No. 12003
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169

*Attorneys for Plaintiffs Sovereign Business Solutions, LLC and L. Steven Haynes*

Dated: May 3, 2021

SNELL & WILMER L.L.P.

By: /s/ Kelly H. Dove
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Gil Kahn, Esq.
    Nevada Bar No. 14220
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

*Attorneys for Defendant Plain Green, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED: this <u>4th</u> day of May, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court

4813-7030-9352.1

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** was served on May 3, 2021, by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Brandon P. Johansson, Esq.
Armstrong Teasdale LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Attorneys for Plaintiffs Sovereign Business Solutions, LLC and L. Steven Haynes*

                          */s/ Maricris Williams*
                          An employee of Snell & Wilmer L.L.P.

4813-7030-9352.1